UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2014 JUN 16  AM 9: 58

CLERK
BY _____ Pc _____
DEPUTY CLERK

UNITED STATES OF AMERICA
                        v.

MIRIAM GOVAN, a.k.a. "Jackie,"
RAYMOND FERNANDEZ, a.k.a. "Tony," "Ray-Ray,"
JESSE COLON, a.k.a. "Goonie," "Marley,"
TIQUAN WOODS, a.k.a. "Trav," "Pooda,"
STEPHEN MORRISON, a.k.a. "MJ," "Peso,"
DARNELL RICHARDSON, a.k.a. "Dar,"
CASHON SMITH, a.k.a. "Cash,"
TYQUAISHA ADAMS, a.k.a. "Ty," "Lisa," "Faith,"
BRIDGETTE PARISI, a.k.a. "Callie,"
AMBER PELERIN,
KATHERINE MOECKEL, and
TROY GIBBS,
                        Defendants.

Criminal No. 5:14-cr-76

## INDICTMENT

The Grand Jury charges:

## COUNT 1

From in or about January 2011 to in or about June 2014, in the District of Vermont, defendants MIRIAM GOVAN, a.k.a. "Jackie," RAYMOND FERNANDEZ, a.k.a. "Tony," "Ray-Ray," JESSE COLON, a.k.a. "Goonie," "Marley," TIQUAN WOODS, a.k.a. "Trav," "Pooda," STEPHEN MORRISON, a.k.a. "MJ," "Peso," DARNELL RICHARDSON, a.k.a. "Dar," TYQUAISHA ADAMS, a.k.a. "Ty," "Lisa," "Faith," BRIDGETTE PARISI, a.k.a. "Callie," and AMBER PELERIN, along with others, known and unknown to the Grand Jury, knowingly and willfully conspired to distribute heroin, a Schedule I controlled substance, and cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C))

## COUNT 2

The Grand Jury further charges:

On or about December 18, 2012, in the District of Vermont, defendant JESSE COLON,

a.k.a. "Goonie," "Marley," knowingly and intentionally distributed heroin, a Schedule I controlled

substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

<u>COUNT 3</u>

The Grand Jury further charges:

On or about October 31, 2013, in the District of Vermont, defendant STEPHEN

MORRISON, a.k.a. "MJ," "Peso," knowingly and intentionally distributed cocaine base, a

Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

<u>COUNT 4</u>

The Grand Jury further charges:

On or about November 7, 2013, in the District of Vermont, defendant STEPHEN

MORRISON, a.k.a. "MJ," "Peso," knowingly and intentionally distributed cocaine base, a

Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

## COUNT 5

The Grand Jury further charges:

On or about November 12, 2013, in the District of Vermont, defendant TROY GIBBS knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

<u>COUNT 6</u>

The Grand Jury further charges:

On or about November 13, 2013, in the District of Vermont, defendant TROY GIBBS

knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

COUNT 7

The Grand Jury further charges:

On or about December 2, 2013, in the District of Vermont, defendant TYQUAISHA

ADAMS, a.k.a. "Ty," "Lisa," "Faith," knowingly and intentionally distributed heroin, a Schedule

I controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

## COUNT 8

The Grand Jury further charges:

On or about December 12, 2013, in the District of Vermont, defendants CASHON SMITH, a.k.a. "Cash," and KATHERINE MOECKEL knowingly and intentionally distributed heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C); 18 U.S.C. § 2)

## COUNT 9

The Grand Jury further charges:

On or about January 9, 2014, in the District of Vermont, defendant TYQUAISHA

ADAMS, a.k.a. "Ty," "Lisa," "Faith," knowingly and intentionally distributed cocaine base, a

Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

COUNT 10

The Grand Jury further charges:

On or about January 9, 2014, in the District of Vermont, defendants CASHON SMITH,

a.k.a. "Cash," and KATHERINE MOECKEL knowingly and intentionally distributed heroin, a

Schedule I controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C); 18 U.S.C. § 2)

<u>COUNT 11</u>

The Grand Jury further charges:

On or about January 13, 2014, in the District of Vermont, defendants CASHON SMITH,

a.k.a. "Cash," and KATHERINE MOECKEL knowingly and intentionally distributed heroin, a

Schedule I controlled substance and cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C); 18 U.S.C. § 2)

<u>COUNT 12</u>

The Grand Jury further charges:

On or about January 23, 2014, in the District of Vermont, defendant TROY GIBBS

knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

COUNT 13

The Grand Jury further charges:

From in or about December 2013 to in or about February 2014, in the District of Vermont, defendant TROY GIBBS controlled a place, that is 43 Summer Street, Rutland, Vermont, as a lessee and occupant and knowingly and intentionally made available for use such place for the purpose of unlawfully storing, distributing, and using controlled substances.

(21 U.S.C. §§ 856(a)(2))

## COUNT 14

The Grand Jury further charges:

On or about February 3, 2014, in the District of Vermont, defendant TYQUAISHA

ADAMS, a.k.a. "Ty," "Lisa," "Faith," knowingly and intentionally distributed heroin, a Schedule

I controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

<u>COUNT 15</u>

The Grand Jury further charges:

On or about February 19, 2014, in the District of Vermont, defendant TIQUAN WOODS, a.k.a. "Trav," "Pooda," knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C); 18 U.S.C. § 2)

## COUNT 16

The Grand Jury further charges:

On or about February 24, 2014, in the District of Vermont, defendant TIQUAN WOODS, a.k.a. "Trav," "Pooda," knowingly and intentionally distributed cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C); 18 U.S.C. § 2)

COUNT 17

The Grand Jury further charges:

On or about March 21, 2014, in the District of Vermont, defendant RAYMOND

FERNANDEZ, a.k.a. "Tony," "Ray-Ray," knowingly and intentionally distributed heroin, a

Schedule I controlled substance, and cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C); 18 U.S.C. § 2)

COUNT 18

The Grand Jury further charges:

On or about April 16, 2014, in the District of Vermont, defendants RAYMOND FERNANDEZ, a.k.a. "Tony," "Ray-Ray," and BRIGETTE PARISI, a.k.a. "Callie," knowingly and intentionally distributed heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C); 18 U.S.C. § 2)

<u>COUNT 19</u>

The Grand Jury further charges:

On or about April 16, 2014, in the District of Vermont, defendants RAYMOND FERNANDEZ, a.k.a. "Tony," "Ray-Ray," and BRIDGETTE PARISI, a.k.a. "Callie," knowingly and intentionally distributed heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C); 18 U.S.C. § 2)

<u>COUNT 20</u>

The Grand Jury further charges:

On or about April 24, 2014, in the District of Vermont, defendants DARNELL

RICHARDSON, a.k.a. "Dar," and AMBER PELERIN knowingly and intentionally distributed

heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C); 18 U.S.C. § 2)

## COUNT 21

The Grand Jury further charges:

On or about May 5, 2014, in the District of Vermont, defendant DARNELL

RICHARDSON, a.k.a. "Dar," knowingly and intentionally distributed heroin, a Schedule I

controlled substance and cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

## COUNT 22

The Grand Jury further charges:

On or about May 27, 2014, in the District of Vermont, defendant TYQUAISHA ADAMS,

a.k.a. "Ty," "Lisa," "Faith," knowingly and intentionally distributed cocaine base, a Schedule II

controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

A TRUE BILL

FOREPERSON

_Tristram J. Coffin_ (by JRP)
TRISTRAM J. COFFIN
United States Attorney
Rutland, Vermont
June 11, 2014